**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES                         MDL No.
PRACTICES AND PRODUCTS LIABILITY         1:14-ml-02570-RLY-TAB
LITIGATION

THIS DOCUMENT RELATES TO:

Artelia Marie Leak
1:16-CV-1491

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), JOSEPH R. JOHNSON and the law firm of BABBITT & JOHNSON, P.A., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Artelia Leak and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should be pursued.

3. Artelia Leak has been notified, in writing, by counsel of their intention to withdraw as her attorneys in this action

4. Plaintiff's last known address and contact information is as follows:

    Artelia Leak
    805 E. Pike
    Pontiac, MI 48342
    (248) 895-3387

5. This matter is not set for trial.

6. BABBITT & JOHNSON, P.A. has sent a copy of this Motion to Withdraw to this Claimants last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw As Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and BABBITT & JOHNSON, P.A. move this Court for the entry of an Order permitting Joseph R. Johnson and the law firm of BABBITT & JOHNSON, P.A. to withdraw their appearance as counsel of record in this matter (Babbitt & Johnson continues to represent the Plaintiff and remains an active law firm, although it is in the process of winding down its business. Joseph R. Johnson is now an attorney at Searcy Denney Scarola Barnhart & Shipley, where his PACER account is registered). Accordingly, this motion/notice is filed through Joseph R. Johnson's current PACER account on behalf of Babbitt & Johnson.

Respectfully submitted,

BABBITT & JOHNSON, P.A.

/s/ Joseph R. Johnson
Joseph R. Johnson
Florida Bar No. 372250
jjohnson@babbitt-johnson.com
638 N. US Hwy 1, Suite 210
Tequesta, FL 33469
Tel: (561) 684-6307

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joseph R. Johnson
Joseph R. Johnson

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No.
1:14-ml-02570-RLY-TAB

THIS DOCUMENT RELATES TO:

Artelia Marie Leak
1:16-CV-1491

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

To:   Artelia Leak
      805 E. Pike
      Pontiac, MI 48342

**YOU ARE HEREBY NOTIFIED** that the undersigned will file the enclosed Motion to Withdraw as Counsel of Record for Plaintiff, before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

**YOU ARE FUTHER NOTIFIED:**

1. That you may appear in court, if you so desire;

2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3. That if you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit, dismissal and/or default judgment may be rendered against you; and,

4. That no trial dates are currently set in this case.

Dated: August 5, 2025								Respectfully submitted,

												**BABBITT & JOHNSON, P.A.**

												*/s/ Joseph R. Johnson*
												Joseph R. Johnson
												Florida Bar No. 372250
												jjohnson@babbittjohnson.com
												638 N. US Hwy 1, Suite 210
												Tequesta, FL 33469
												Tel: (561) 684-6307

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Artelia Marie Leak
1:16-CV-1491

## [PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 1:16-cv-1491, entitled Artelia Marie Leak v. Cook Medical, Inc., et al. Upon consideration and for good cause, the Motion to Withdraw is GRANTED.

Joseph R. Johnson and the law firm of Babbitt & Johnson, P.A. are withdrawn as counsel of record for Plaintiff Artelia Leak. Babbitt & Johnson, P.A. shall serve a copy of this Order by mail upon Plaintiff Artelia Leak at her last known address.

All further notices regarding this case shall be directed to the Plaintiff at:

805 E. Pike
Pontiac, MI 48342

ORDERED this _____ day of _____, 2025.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana